# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America, | CASE NUMBER: 17-393MJ |
|---|---|
| Plaintiff, vs. | CRIMINAL COMPLAINT |
| Mauro Veliz, | SEALED |
| Defendant. | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

**Count 1**: On or about May 5, 2017, in the District of Arizona and elsewhere, the defendant MAURO VELIZ, did use any facility of interstate and foreign commerce, to knowingly attempt to persuade, induce, entice and coerce A.B., an individual who had not yet attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense in violation of 18 U.S.C. § 2422(b).

**Count 2**: On or about May 5, 2017, in the District of Arizona and elsewhere, the defendant MAURO VELIZ, did knowingly conspire to transport A.B., an individual who had not yet attained the age of 18 years, in interstate commerce, with the intent that A.B. engage in prostitution, or any sexual activity for which any person can be charged with a criminal offense in violation of 18 U.S.C. § 2423(a) & (e).

I further state that I am a Task Force Officer with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attachment – Statement of Probable Cause Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

AUTHORIZED BY: Robert I. Brooks, AUSA

TFO Christina Decoufle, Phoenix PD Detective
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence

September 25, 2017                    at    Phoenix, Arizona
Date                                          City and State

HONORABLE MICHELLE H. BURNS
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christina Decoufle, being duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. Your affiant is a certified Police Officer with the Phoenix Police Department and has been employed with the department since 2000. She served the first five years with the department as a patrol officer and training officer before being assigned to a Detective position within the Vice Enforcement Unit in July 2005. Throughout her career, your affiant has been assigned as the lead detective on numerous child prostitution, illegal enterprise, house of prostitution and pandering investigations that were successfully prosecuted through the Maricopa County Attorney's Officer (MCAO). Your affiant has attended and presented at numerous training conferences and seminars throughout the country on the topics of sex trafficking and prostitution investigations. Your affiant has been involved in numerous illegal enterprise, prostitution, pandering and illegal massage parlor investigations and is familiar with the ways pimps, prostitutes and illegal escort agencies operate. Your affiant is currently serving as a Task Force Officer on a Human Trafficking Task Force in the Phoenix Division of the Federal Bureau of Investigation. Your affiant attended and completed detective training class as required by the Phoenix Police Department. This class included training on the writing and service of search warrants.

2. Your affiant is authorized to investigate violations of laws of the United States and is a law enforcement officer with authority to swear complaints and execute arrest warrants under the authority of the United States.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, investigators and witnesses. This affidavit is intended to show merely that there is sufficient

probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4. On May 5, 2017, officers of the Phoenix Police Department made contact with two female juveniles in the area of 27th Ave and Indian School Road in Phoenix, Arizona. This area is known by your affiant to be a high prostitution area. Both juveniles (hereinafter identified as A.B. and B.A.) told police that they had been trafficked. A.B. is 15 years of age and B.A. is 16 years of age. A.B. and B.A. both identified JOSEF DIXON and MIESHA TOLLIVER as the people who were trafficking them in Maricopa County. DIXON and TOLLIVER were contacted in the same parking lot as the juveniles. They were arrested and charged in Maricopa County on charges related to child sex trafficking. The dates of violation were between April 22, 2017 and May 5, 2017.

5. During an interview of A.B., she told your affiant TOLLIVER had taken provocative photographs of her using her TOLLIVER's cellular telephone while in a hotel in Phoenix, Arizona. She stated some photographs were partially clothed and some were completely nude. A.B. stated she believed TOLLIVER sent the photographs to a male in California that TOLLIVER had known previously. A.B. said she thought the man sent TOLLIVER money through Western Union for the photographs.

6. A.B. also told your affiant that the week after the photographs were taken, DIXON and TOLLIVER transported A.B. to California with the intent that A.B. engage in commercial sex. A.B. stated TOLLIVER had arranged a "date" with a Hispanic male in the Fresno, California area. Based on your affiant's training and experience, a date refers to the period of time when an individual is engaged in commercial sex acts with another individual. A.B. believed this Hispanic male was the same male that TOLLIVER sent the photographs to. A.B. told your affiant she was taken to a hotel where she had sex with the Hispanic male. He paid

        approximately $180, which she took back to DIXON and TOLLIVER.

7.       During the course of the investigation, your affiant obtained and executed search warrants on TOLLIVER's Facebook account as well as her cellular telephone. During the review of the evidence obtained from TOLLIVER's cellular telephone, your affiant observed numerous photographs of A.B. The photographs matched the descriptions provided by A.B.

8.       On September 17, 2017, your affiant reviewed records provided by Facebook pursuant to the search warrant. During a review of the records, your affiant observed numerous private messenger chats between TOLLIVER and Facebook user Mauro Veliz. Facebook user Mauro Veliz was assigned unique Facebook ID: 100001495108409. On April 23, 2017, TOLLIVER sent a Facebook message to VELIZ using the messenger program within Facebook. TOLLIVER stated "I found some young girls who wanna take pix for you but how much were you thinking about sending for them?" VELIZ later directed TOLLIVER to take "just some regular pics of them like selfies and stuff and then some slutty ones like you send me." TOLLIVER then directed VELIZ to send her $120 for the pictures and she told him she will make sure he is "extra happy."

9.       During the Facebook Messenger communications, VELIZ asked TOLLIVER how many girls she has. TOLLIVER told him she has one girl for sex and two girls for photographs. She explained that the girl for sex will be pricier then she is (indicating that TOLLIVER and VELIZ had a prior prostitution relationship). TOLLIVER first told VELIZ that the girls are 16 and 17 years of age. TOLLIVER also stated she has a girl that is 14 years of age. VELIZ asked "How much is it for all of them?" TOLLIVER told him "the 14 yo will cost the most…a couple hundred for her but 150 for the rest of us." They go on to clarify that the price is $150 for each girl individually. TOLLIVER later told VELIZ that videos of the girls are $60 each and pictures are $10 each.

10.     On April 25, 2017, VELIZ sent a Facebook message to TOLLIVER using the messenger program within Facebook. VELIZ stated he is sending her $60 for pictures. TOLLIVER and VELIZ discuss sending the money using Western Union and VELIZ later provided a tracking number and password. TOLLIVER sent numerous photographs of multiple young girls, but they did not identify their faces. VELIZ discussed with TOLLIVER about performing oral sex on the girls and if they would like it. He tells her "a pussy pic would have been awesome." TOLLIVER immediately sent him a close up photograph of a vagina. He commented on how quick TOLLIVER provided the photograph and TOLLIVER replied she had it in her "inbox." VELIZ later told TOLLIVER that when she comes to California, she should bring the girls with her. TOLLIVER then sent VELIZ a photograph of B.A. and told him that she is "new to the sex game." VELIZ clarified and asked if that meant she was a virgin or if she was just "new to the business."

11.     On April 26, 2017, VELIZ sent a Facebook message to TOLLIVER using the messenger program within Facebook. VELIZ stated he needs to ask her a serious question. VELIZ asked if the girls are going to "go to the cops?" He told her that he is scared to go to prison because one of his friends just "got three charges for that." TOLLIVER responded "fuck no! these girls are girls I've taken in and take care of. Everything they do is by choice, they enjoy it.. I would never put you in that kind of situation. That's why I'm glad you came to me about this Fetish so you don't get in trouble."

12.     On April 30, 2017, TOLLIVER sent VELIZ a picture of A.B. and B.A. together. TOLLIVER stated "the 1 on the right is the one for 100, the other girls are 80…they make the prices, I just find the guys. The 1 on the right is (B.A.), she is 16 with a fat ass.. the other is (A.B.), she's 15 with huge tits." VELIZ indicated he wanted A.B. and will send $80 for her.

13.     On May 1, 2017, TOLLIVER sent a Facebook message to VELIZ using the messenger program within Facebook. TOLLIVER told VELIZ she is sending the

pictures. TOLLIVER further stated "Ima have to take new vagina pix later cause the pix I have, have hair in em and I know how you like your pussy nice and clean shaved." TOLLIVER then sent approximately 15 photographs of A.B. to VELIZ. The series of photographs began with partial clothing such as A.B. wearing a red bra and jean shorts, and then progressed to completely nude photographs of A.B. There were multiple photographs of A.B. exposing her bare breasts and vagina.

14. On May 2, 2017, VELIZ sent a Facebook message to TOLLIVER using the messenger program within Facebook. VELIZ told TOLLIVER he sent the cash and he provided a confirmation number. TOLLIVER then asked him "do you want me to bring 1 of the girls with me so you guys can fuck?" VELIZ told her yes and they discussed him getting a hotel room. VELIZ asked her "is your girl nervous? Or have you told her yet?" TOLLIVER told VELIZ that she will not provide oral sex on him or do anal sex and stated "shes still young and doesn't understand how ppl like it." VELIZ told her he likes the pictures and TOLLIVER tells him he will "see her pretty pussy tomorrow."

15. On May 3, 2017, TOLLIVER sent a Facebook message to VELIZ using the messenger program within Facebook. TOLLIVER stated they are low on gas and are having a hard time getting out to him. She asked him to send her money for the gas to transport. VELIZ sent TOLLIVER money and another confirmation number.

16. On May 4, 2017, VELIZ sent a Facebook message to TOLLIVER using the messenger program within Facebook. VELIZ asks TOLLIVER "so who am I going to be fucking?" TOLLIVER responded with "(A.B.) but when I told her about you she got a lil nervous so u won't be able to do all the freaky shit you like. Eat her out. Fuck her. No choking or anything tho or she won't come back. VELIZ later told TOLLIVER he got a room at the Travel Lodge in Lemoore, California and he directed her to room #115. Your affiant was able to verify with Travel Lodge that room #115 was rented to VELIZ on May 4, 2017. While VELIZ was directing TOLLIVER to the room, he asked her to bring a condom with her.

17.     On May 5, 2017, at approximately 1:12 am, VELIZ sent a Facebook message to TOLLIVER using the messenger program within Facebook. VELIZ stated "we're finished she's in the restroom. I have her an extra 20 for her I might give her another 20. Make sure she's uses the 40 for herself."

18.     On September 25, 2017, your affiant met with A.B. and showed her a series of twelve photographs. A.B. positively identify VELIZ as the same person she had sexual intercourse with when she was taken by TOLLIVER to California. Included in the photographs shown to A.B. was a photograph of VELIZ's father, also known as Mauro Veliz. A.B. did not identify VELIZ's father.

## CONCLUSION

Based on the foregoing, I believe that probable cause exists and request that a Criminal Complaint be issued charging MAURO M. VELIZ with a violation of Title 18 U.S.C. § 2422(b) and § 2423(a) & (e).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Detective Christina Decoufle
Task Force Officer - Federal Bureau of Investigation

Sworn before me this 25th day of September 2017.

_____
HONORABLE MICHELLE H. BURNS
United States Magistrate Judge